**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JESSICA A. DEVITT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-0611 |
| | § | |
| KRAFT GATZ LANE BENJAMIN | § | |
| LLC, *formerly known as* KRAFT GATZ | § | |
| & DEVITT LLC; RALPH KRAFT, | § | |
| *individually*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The motion to reinstate and to enforce settlement (Docket Entry No. 7) filed by the defendant is set for hearing on **September 29, 2010, at 9:00 a.m. in Courtroom 11-B**.

SIGNED on September 21, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge